IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DINA ABDURAHMAN, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 20-3609 |
| | : | |
| PROSPECT CCMC, LLC d/b/a CROZER | : | |
| CHESTER MEDICAL CENTER *et al.*, | : | |
| *Defendants.* | : | |

**ORDER**

AND NOW, this 24th day of November 2020, upon consideration of Defendant Prospect CCMC, LLC's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 6),[1] Plaintiff's response thereto (ECF No. 9), Defendant Prospect CCMC, LLC's Reply (ECF No. 14), Defendant Dorian Jacobs' Reply (ECF No. 15), Plaintiff's Surreply (ECF No. 16), oral arguments held on November 9, 2020, the Stipulated Statement of Facts and accompanying documents (ECF Nos. 13, 13-1), and for the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that Defendants' Motion to Dismiss (ECF No. 6) is DENIED.

Accordingly, Defendants shall file an answer to Plaintiff's Amended Complaint on or by December 8, 2020.

BY THE COURT

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.

---

[1] Defendant Dorian Jacobs filed a Motion to Join Prospect CCMC, LLC's Motion to Dismiss (ECF No. 8), which we granted. ECF No. 19.