IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DINA ABDURAHMAN, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 20-3609 |
| | : | |
| PROSPECT CCMC, LLC d/b/a CROZER | : | |
| CHESTER MEDICAL CENTER *et al.*, | : | |
| *Defendants.* | : | |

**ORDER**

**AND NOW**, this **15th** day of **November**, **2022**, upon consideration Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 49), Defendant Jacobs' Response in Opposition (ECF No. 52), and Plaintiff's Reply (ECF No. 53), it is **hereby ORDERED** that Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 49) is **GRANTED**. Consistent with the reasoning set forth in the accompanying Memorandum and this Court's prior Orders (ECF Nos. 48, 51), Plaintiff shall remove the assertions related to the aider and abettor claim under Count IV prior to filing the Second Amended Complaint.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**