IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DINA ABDURAHMAN,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 20-3609 |
| | : | |
| **PROSPECT CCMC, LLC d/b/a** | : | |
| **CROZER CHESTER MEDICAL** | : | |
| **CENTER,** *et al.,* | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **28th** day of **June 2023**, after a review of the docket, it is **hereby ORDERED** as follows:

1. In accordance with this Court's Fourth Amended Scheduling Order (ECF No. 86), the Clerk of Court shall remove the above-captioned matter from Suspense.

2. The parties must file a new proposed scheduling order that amends the deadlines from summary judgment onward, in line with the spirit of discussion at the June 15, 2023 hearing, for this Court's consideration by **July 10, 2023 at 12:00 p.m.**

3. Upon consideration of Plaintiff's Motion for a Protective Order (ECF No. 89), Defendants' Responses in Opposition (ECF Nos. 90, 91, 98) and Plaintiff's Reply (ECF No. 92), for the reasons stated in the accompanying Memorandum, Plaintiff's Motion (ECF No. 89) is **DENIED.**

1

4. Upon consideration of Defendant Dr. Dorian Jacobs' Renewed Motion for an Independent Medical Examination of Plaintiff (ECF No. 96), and Plaintiff's Response in Opposition (ECF No. 99), for the reasons stated in the accompanying Memorandum, Defendant Dr. Jacobs' Motion (ECF No. 96) is **DENIED**.

                              **BY THE COURT:**

                              /s/ Chad F. Kenney

                              **CHAD F. KENNEY, JUDGE**