IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DINA ABDURAHMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PROSPECT CCMC, LLC d/b/a CROZER CHESTER MEDICAL CENTER, and DORIAN JACOBS<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    Case No. 2:20-cv-03609-CFK |

**DEFENDANTS PROSPECT CCMC, LLC, D/B/A CROZER CHESTER MEDICAL CENTER'S AND DORIAN JACOBS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATED TO DR. JACOBS' PAST CONDUCT AND <u>CESSATION OF SERVICES FOR CROZER</u>**

　　　　Defendants Prospect CCMC, LLC d/b/a/ Crozer Chester Medical Center ("Crozer") and Dorian Jacobs respectfully move this Court for an Order precluding Plaintiff Dina Abdurahman from introducing evidence of Dr. Jacobs' past conduct and cessation of services for Crozer at trial. The reasons for this Motion are set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

| | |
|---|---|
| <u>/s/ Andrew Gallinaro</u><br>Andrew Gallinaro (PA Bar ID 201326)<br>**FISHER & PHILLIPS LLP**<br>Two Logan Square, 12th Floor<br>100 N. 18th Street<br>Philadelphia, PA, 19103<br>610.230.6107 (t)<br>agallinaro@fisherphillips.com<br><br>*Attorneys for Defendant Dorian Jacobs*<br><br><br>Dated: May 28, 2024 | <u>/s/ Paul C. Lantis</u><br>Paul C. Lantis (PA Bar ID 309240)<br>Kimberly Saginario (PA Bar ID 325271)<br>**LITTLER MENDELSON, P.C.**<br>Three Parkway<br>1601 Cherry Street, Suite 1400<br>Philadelphia, PA  19102.1321<br>267.402.3000 (t)<br>267.402-3131 (f)<br>plantis@littler.com<br>ksaginario@littler.com<br><br>*Attorneys for Defendant Prospect CCMC, LLC d/b/a Crozer Chester Medical Center*<br><br>Dated:  May 28, 2024 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May 2024, the foregoing document and the accompanying documents were filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

*/s/ Paul C. Lantis*
Paul C. Lantis