IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DINA ABDURAHMAN,** : | CIVIL ACTION |
| *Plaintiff,* : | |
| : | |
| v. : | No. 20-3609 |
| : | |
| **PROSPECT CCMC, LLC d/b/a** : | |
| **CROZER CHESTER MEDICAL** : | |
| **CENTER,** *et al.*, : | |
| *Defendants.* : | |

# ORDER

**AND NOW**, this **6th** day of **June 2024**, upon consideration of Defendant Prospect CCMC, LLC, d/b/a Crozer Chester Medical Center's ("Crozer") Motion for Summary Judgment (ECF No. 135), Plaintiff's Response (ECF No. 139), Defendant Crozer's Reply (ECF No. 142), and Defendant Crozer's Reply to Plaintiff's Additional Material Facts (ECF No. 143), it is **hereby ORDERED** that Defendant Crozer's Motion for Summary Judgment (ECF No. 135) is **GRANTED in part and DENIED in part** as follows:

1. It is **GRANTED** as to Plaintiff's hostile work environment claims under the PHRA (Count III as to the hostile work environment claim).

2. It is **GRANTED in part** as to Plaintiff's race discrimination claims under Title VII, 42 U.S.C. § 1981, and the PHRA (Counts I, II, and III as to the race discrimination claims). Plaintiff will be precluded from presenting her theories on racial discrimination that (1) use Dr. Doe as a comparator, and (2) compare Plaintiff with other racially unidentified residents. Plaintiff may present to the jury her theory that, (3) despite investigating Dr. Jacobs's allegations, Crozer failed to investigate Plaintiff's allegations on the basis of her race.

3. It is **DENIED** as to the rest.

2

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**